No. 10–11062.  RICHARDSON v. PADULA, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 10–11063.  PINSON v. CHIPI ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–11065.  WILLIAMS v. CLAY ELECTRIC COOPERATIVE, INC.  Sup. Ct. Fla.  Certiorari denied.

No. 10–11066.  DUNSON v. LOPEZ, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–11067.  AVILA-AGUILAR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–11068.  BURCH v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 10–11069.  BURNETTE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–11070.  BUISSERETH v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 10–11071.  O'NEAL v. PROVINCE, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 10–11072.  BASTEDO v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 10–11074.  SHORT v. MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENSBURG, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–11075.  STEVENSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–11076.  OLIVER C. v. PRINCE GEORGE'S COUNTY DEPARTMENT OF SOCIAL SERVICES.  Ct. Sp. App. Md.  Certiorari denied.

No. 10–11077.  AVILA-TORRES, AKA AVILA v. HOLDER, ATTORNEY GENERAL.  C. A. 9th Cir.  Certiorari denied.

No. 10–11079.  SHAW v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.